# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge



January 28, 2015

By ECF

Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/2015

Re:  **United States v. Eduardo Iraola**
     13 Cr. 679 (RJS)

Dear Judge Sullivan:

    I write on consent (Assistant United States Attorney Patrick Egan) to respectfully request an approximately two-week adjournment of sentencing, which is currently scheduled for February 5, 2015. The reason for the request is to allow for additional time to prepare our sentencing submission.

    Thank you for your consideration of this request.

Very Truly Yours,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

cc.  Patrick Egan, Esq., by electronic mail
     Mr. Eduardo Iraola, MCC Register Number 69093-054

```
IT IS HEREBY ORDERED THAT the
sentencing currently scheduled
for   February  5,  2015  is
adjourned until March 5, 2015
at 10:30 a.m.
```

SO ORDERED
Dated: 1/28/15
RICHARD J. SULLIVAN
U.S.D.J.